FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2019

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUSTIN DEVANEY, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>GB COLLECTS, L.L.C., a New Jersey limited liability company,<br><br>    Defendant. | NO. 2:19-cv-00025-SAB<br><br>**ORDER DISMISSING CASE** |

In a previous Order, the Court ordered Plaintiff to show cause as to why the Court should not close the file. ECF No. 4. No timely response has been filed.

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is dismissed **without** prejudice.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 8th day of November 2019.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE** ~ 1